IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

United States of America vs. JASON KAY  Criminal Action No. 10-mj-01026-MJW-01

**Petition for Early Termination of Probation**

COMES NOW, Pete Stein, probation officer of the court, presenting an official report upon the conduct and attitude of Jason Eric Kay, who was placed on supervision by the Honorable Kristen L. Mix, sitting in the court at Denver, Colorado, on the 3rd day of May, 2010, who fixed the period of probation at two (2) years, and imposed the general terms and conditions theretofore adopted by the court:

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The defendant has complied with the rules and regulations of probation and is no longer in need of supervision.

PRAYING THAT THE COURT WILL ORDER: (1) that the probation officer be authorized to serve this petition on the United States; (2) that the United States respond in writing within fifteen days of the date of service, indicating whether it has any objection to the termination of probation; and (3) that, if the United States does not file a timely objection, the defendant be discharged from probation and the proceedings in the case be terminated.

Respectfully,

s/ Pete Stein
Pete Stein
U.S. Probation Officer
Place: Denver, Colorado
Date: June 7, 2011

**ORDER OF THE COURT**

After careful consideration of the probation officer's petition, it is

ORDERED that the probation officer serve this petition and order on the United States. It is further ordered that the United States respond in writing within fifteen days of the date of service, indicating whether it has any objection to the termination of probation. It is further ordered that this petition and order be filed and made a part of the record in the above case.

DATED at Denver, Colorado, this 7th day of June, 2011.

Kristen L. Mix
U.S. Magistrate Judge